In the Matter of the Application of 40TH STREET & PARK AVENUE, INC., v. JAMES J. WALKER, etc., and Others, and AUSTEN G. FOX and Another.— Motion

to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.